# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00231-CV

**In re David Eugene Weir**

### ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

David Eugene Weir's Application for Writ of Mandamus is denied.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed: April 24, 2008